# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# NORTHERN DIVISION

| | |
|---|---|
| HERBERT SALTER,<br>        Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security<br>        Defendant. | **JUDGMENT**<br><br>No. 2:20-CV-43-BM |

**Decision by Court.**
This case came before the Honorable Brian S. Meyers, United States Magistrate Judge for consideration.

**IT IS ORDERED, ADJUDGED AND DECREED** Plaintiff's Motion for Judgment on the Pleadings is granted, Defendant's Motion for Judgment on the Pleadings is denied, and this matter is remanded to the Commissioner, pursuant to sentence four of § 405(g), for further proceedings and this case is closed.

This Judgment Filed and Entered on September 30, 2021, with service via CM/ECF Notice of Electronic Filing on:

Charlotte Williams Hall, Counsel for Plaintiff
Amanda B. Gilman, Counsel for Defendant

DATED: September 30, 2021
                                                                   PETER A. MOORE, JR., CLERK
                                                                   By: /s/ Lisa W. Lee
                                                                        (Deputy Clerk)